United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rosalind Parrish  
      Debtor

Case No. 18-12343-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Sep 13, 2018  
                      Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2018.  
db            +Rosalind Parrish,   916 E UPsal St., Unit A,   Philadelphia, PA 19150-3712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2018 at the address(es) listed below:  
      ALFONSO G. MADRID   on behalf of Debtor Rosalind  Parrish alfonsomadridlawECF@gmail.com  
      FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
       ecf_frpa@trustee13.com  
      KEVIN G. MCDONALD   on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY  
       bkgroup@kmllawgroup.com  
      REBECCA ANN SOLARZ   on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY  
       bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com  
                                                                                                          TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Rosalind Parrish
        Debtor(s)

Chapter: 13

Bankruptcy No: 18−12343−jkf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 12th day of September 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Jean K. FitzSimon
                                               Judge ,
                                               United States Bankruptcy Court

                                                                                 19 − 15
                                                                                Form 155