*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rosalind Parrish
    Debtor(s)

Case No: 18−12343−jkf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULED AS TO TIME ONLY\*\*\*

Motion to Determine Mortgage Payment Filed by Rosalind Parrish Represented by ALFONSO G. MADRID (Counsel).

    on: 11/28/18

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/6/18

Timothy B. McGrath
Clerk of Court

23 − 21
Form 167