United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-12343-jkf
Rosalind Parrish                                                       Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Joan            Page 1 of 1            Date Rcvd: Nov 06, 2018
                             Form ID: 167          Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
db             +Rosalind Parrish,    916 E UPsal St., Unit A,    Philadelphia, PA 19150-3712
14087280       +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
14087285       +Secretary of Hous & Urban Devpt,    451 Seventh St. SW,    Washington, DC 20410-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2018 02:46:49      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14208875       +E-mail/Text: megan.harper@phila.gov Nov 07 2018 02:37:42
                 CITY OF PHILADELPHIA, LAW DEPARTMENT    TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14087281       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2018 02:37:28      Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
14109624       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2018 02:37:28      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14170343       +E-mail/Text: blegal@phfa.org Nov 07 2018 02:37:30      PENNSYLVANIA HOUSING FINANCE AGENCY,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14087283        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2018 02:36:22
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14087284        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2018 02:35:37
                 Portfolio Recovery Associates,    Po Box 41067,    Norfolk, VA 23541
14087465       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2018 02:58:24
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14087282       +E-mail/Text: blegal@phfa.org Nov 07 2018 02:37:31      Pa Housing Finance Agency,
                 211 N Front St,    Harrisburg, PA 17101-1406
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14106599*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
            ALFONSO G. MADRID    on behalf of Debtor Rosalind  Parrish alfonsomadridlawECF@gmail.com
            FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
             ecf_frpa@trustee13.com
            KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
             bkgroup@kmllawgroup.com
            LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
             dmaurer@pkh.com;mgutshall@pkh.com
            REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
             bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM MILLER*R   ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rosalind Parrish
    Debtor(s)

Case No: 18−12343−jkf
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

***RESCHEDULED AS TO TIME ONLY***

Motion to Determine Mortgage Payment Filed by Rosalind Parrish Represented by ALFONSO G. MADRID (Counsel).

    on: 11/28/18

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/6/18

Timothy B. McGrath
Clerk of Court

23 − 21
Form 167