# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rosalind Parrish<br>                Debtor | |
| | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>                Movant<br>    vs. | |
| Rosalind Parrish<br>                Debtor | NO. 18-12343 JKF |
| William C. Miller Esq.<br>                Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Notice of Mortgage Payment Change of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about October 9, 2018 and appears under Claim No. 4.

                                           Respectfully submitted,

                                           **/s/ Rebecca A. Solarz, Esquire**
                                           Rebecca A. Solarz, Esquire
                                           Attorney for Movant
                                           KML Law Group, P.C.
                                           BNY Mellon Independence Center
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA  19106
                                           215-627-1322

November 13, 2018