# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ROSALIND PARRISH | : | CASE NO: 18-12343JKF |
| | : | |
| Debtor | : | |
| _____ | : | |

**PRAECIPE TO DETERMINE MORTGAGE PAYMENT**

TO CLERK OF COURT

Please be advised that Debtor withdraws the above-captioned Motion, filed on October 20, 2018 (Doc. No. 22).

                              /s/ Alfonso Madrid
                              ALFONSO MADRID
                              Attorney for Debtor
                              757 South 8th St.
                              Philadelphia PA 19147
                              (215)925-1002
                              (215) 689-4809 (fax)
                              Alfonsomadrid.esq@gmail.com