**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ROSALIND PARRISH | : | CASE NO: 18-12343JKF |
| | : | |
| Debtor | : | |
| _____ | : | |

**PRAECIPE TO ADD ADDENDUM TO CONFIRMED PLAN**

TO CLERK OF COURT

Please allow this praecipe to act as an addendum to the First Amended Plan, filed on July 26, 2018 (Doc. No. 15). Paragraph 4(b) is amended to provide for the following claim:

| Name of Creditor | Description of Secured Property and Address, if real property | Allowed Secured Claim | Present Value Interest Rate | Dollar Amount of Present Value Interest | Total Amount to be paid |
|---|---|---|---|---|---|
| City of Philadelphia (Claim No. 5) | 916 E. Upsal St. Phila PA 19150 | $174.73 | 0% | $0.00 | $174.73 |

/s/ Alfonso Madrid
ALFONSO MADRID
Attorney for Debtor
757 South 8th St.
Philadelphia PA 19147
(215)925-1002
(215) 689-4809 (fax)
Alfonsomadrid.esq@gmail.com