# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ROSALIND PARRISH | : | CASE NO: 18-12343JKF |
| Debtor | : | |

## **ORDER**

AND NOW, upon consideration of the Motion to Withdraw As Debtor's Counsel (the "Motion"), the response if any thereto, and after notice and hearing;

IT IS ORDERED, that the Motion is GRANTED.  Attorney Alfonso Madrid will be removed as counsel for the Debtor in the above-captioned bankruptcy case.

**Date: January 15, 2020**

_____
Jean K. FitzSimon
United States Bankruptcy Judge