**UNITED STATES BANKRUPTY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**NOTICE**

**NOTICE** is hereby given that:

1. On June 26, 2020, a notice was entered under Miscellaneous No. 20-3009, directing the Clerk of Court to reassign this matter to another bankruptcy judge.

2. In accordance with this court's random assignment procedure, this matter has been reassigned from the Honorable Jean K FitzSimon , to the Honorable Ashely M Chan

Dated: June 29, 2020

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK OF COURT

cc:
Courtroom Deputy
Debtor
Trustee
U.S. Trustee