United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rosalind Parrish  
    Debtor

Case No. 18-12343-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Rochelle    Page 1 of 1    Date Rcvd: Jun 29, 2020  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2020.  
db          +Rosalind Parrish,    916 E UPsal St., Unit A,    Philadelphia, PA 19150-3712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2020 at the address(es) listed below:  
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  
        LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                            TOTAL: 6

**UNITED STATES BANKRUPTY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**NOTICE**

**NOTICE** is hereby given that:

1. On June 26, 2020, a notice was entered under Miscellaneous No. 20-3009, directing the Clerk of Court to reassign this matter to another bankruptcy judge.

2. In accordance with this court's random assignment procedure, this matter has been reassigned from the Honorable Jean K FitzSimon , to the Honorable Ashely M Chan

Dated: June 29, 2020

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK OF COURT

cc:
Courtroom Deputy
Debtor
Trustee
U.S. Trustee