| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-12343-AMC**

ROSALIND PARRISH - PRO SE
916 E UPSAL ST  UNIT A
PHILADELPHIA  PA    19150

Petition Filed Date: 04/07/2018
341 Hearing Date: 05/18/2018
Confirmation Date: 09/12/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2019 | $400.00 | | 02/15/2019 | $600.00 | | 03/11/2019 | $450.00 | |
| 03/25/2019 | $300.00 | | 06/03/2019 | $800.00 | | 07/08/2019 | $510.00 | |
| 09/06/2019 | $700.00 | Automatic Payt | 11/12/2019 | $500.00 | | 05/04/2020 | $1,510.00 | |
| 07/06/2020 | $1,510.00 | | | | | | | |

**Total Receipts for the Period: $7,280.00**  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $9,965.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 003 | Unsecured Creditors | $320.26 | $0.00 | $320.26 |
| 4 | PA HOUSING FINANCE AGENCY<br>»» 004 | Mortgage Arrears | $19,637.01 | $8,995.71 | $10,641.30 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»» 05S | Secured Creditors | $174.73 | $68.06 | $106.67 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»» 05U | Unsecured Creditors | $20.00 | $0.00 | $20.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 001 | Unsecured Creditors | $438.78 | $0.00 | $438.78 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $311.65 | $0.00 | $311.65 |

**Chapter 13 Case No. 18-12343-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,965.00 | Current Monthly Payment: | $385.00 |
| Paid to Claims: | $9,063.77 | Arrearages: | $785.00 |
| Paid to Trustee: | $889.24 | Total Plan Base: | $23,070.00 |
| Funds on Hand: | $11.99 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.