*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rosalind Parrish
    Debtor(s)

Case No: 18−12343−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments Filed by SCOTT F. WATERMAN (Chapter 13) Represented by SCOTT F. WATERMAN (Chapter 13)

TELEPHONIC HEARING:
To Attend Dial: 877−873−8017 Access Code: 3027681#

on: 3/10/21

at: 10:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  1/7/21

Timothy B. McGrath
Clerk of Court

47 − 45
Form 167