| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-12343-AMC

ROSALIND PARRISH - PRO SE
916 E UPSAL ST  UNIT A
PHILADELPHIA  PA    19150

Petition Filed Date: 04/07/2018
341 Hearing Date: 05/18/2018
Confirmation Date: 09/12/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/04/2020 | $1,510.00 | | 07/06/2020 | $1,510.00 | | 08/17/2020 | $503.00 | |
| 09/28/2020 | $350.00 | | 01/15/2021 | $400.00 | | 02/05/2021 | $400.00 | |
| 03/15/2021 | $500.00 | | 05/07/2021 | $400.00 | | | | |

**Total Receipts for the Period: $5,573.00    Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $12,518.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 003 | Unsecured Creditors | $320.26 | $0.00 | $320.26 |
| 4 | PA HOUSING FINANCE AGENCY »» 004 | Mortgage Arrears | $19,637.01 | $11,311.81 | $8,325.20 |
| 5 | CITY OF PHILADELPHIA (LD) »» 05S | Secured Creditors | $174.73 | $100.65 | $74.08 |
| 5 | CITY OF PHILADELPHIA (LD) »» 05U | Unsecured Creditors | $20.00 | $0.00 | $20.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES »» 001 | Unsecured Creditors | $438.78 | $0.00 | $438.78 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES »» 002 | Unsecured Creditors | $311.65 | $0.00 | $311.65 |

**Chapter 13 Case No. 18-12343-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,518.00 | Current Monthly Payment: | $385.00 |
| Paid to Claims: | $11,412.46 | Arrearages: | $2,082.00 |
| Paid to Trustee: | $1,105.54 | Total Plan Base: | $23,070.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.